AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

MICHAEL J CLEMENT )
*Plaintiff(s)* )
)
v. )  Civil Action No.
CHAD HUDSON IN HIS CAPACITY AS )
FOREST SUPERVISOR, USDA FOREST SERVICE )
AND )
JACKSON HOLE COMMUNITY HOUSING TRUST )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
CHAD HUDSON IN HIS CAPACITY AS FOREST SERVICE SUPERVISOR
340 N. CACHE
JACKSON, WY 83001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MICHAEL J. CLEMENT
PO BOX 1067 - 15 NELSON DRIVE
JACKSON, WY 83001-1067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

MICHAEL J CLEMENT
_____
Plaintiff(s)

v.

CHAD HUDSON IN HIS CAPACITY AS
FOREST SUPERVISOR, USDA FOREST SERVICE
AND
JACKSON HOLE COMMUNITY HOUSING TRUST
_____
Defendant(s)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JACKSON HOLE COMMUNITY HOUSING TRUST
110 E BROADWAY AVE., 2ND FLOOR
PO BOX 4498
JACKSON, WY 83001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MICHAEL J CLEMENT
PO BOX 1067 – 15 NELSON DRIVE
JACKSON, WY 83001-1067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____      _____
                                    *Signature of Clerk or Deputy Clerk*