Align top of FedEx Express Shipping Label here

ORIGIN ID:QFWA  (610) 825-8400
MICHAEL CLEMENT, ESQ.
WISLER PEARLSTINE, LLC
460 NORRISTOWN ROAD
SUITE 110
BLUE BELL, PA 19422
UNITED STATES US

SHIP DATE: 30DEC25
ACTWGT: 2.00 LB
CAD: 101890412/INET4535

BILL SENDER

TO  MARGARET BOTKINS, CLERK OF COURT
UNITED STATES DISTRICT COURT
2120 CAPITAL AVENUE
ROOM 2131
CHEYENNE WY 82001
(307) 433-2120        REF: MJC - PERSONAL
INV:
PO:                   DEPT:




FedEx Express

REL# 3785346

MON - 05 JAN 5:00P
EXPRESS SAVER

TRK# 0201  8875 2144 7336

SS CYSA        82001
               WY-US  DEN




PEEL HERE ▶

The W

Align top of **FedEx Express Shipping Label** here.

ORIGIN ID:CYSA  (307) 433-2120
MARGARET BOTKINS, CLERK OF COURT
UNITED STATES DISTRICT COURT
2120 CAPITAL AVENUE
ROOM 2131
CHEYENNE, WY 82001
UNITED STATES US

SHIP DATE: 05JAN26
ACTWGT: 2.00 LB
CAD: 101890412/INET4535

BILL SENDER

TO **MICHAEL CLEMENT**

**15 NELSON DRIVE**

**JACKSON WY 83001**
(267) 664-5403
INV:
PO:     DEPT:
REF: MJC - PERSONAL




FedEx Express

REL# 3785346

WED - 07 JAN 5:00P
** 2DAY **

TRK# 8875 2311 0697
0201

**4Z REXBG**   83001
WY-US   SLC


